Exhibit A: Works in Suit

| Copyright Registration Number | Copyright-Registered Title | Publisher |
|---|---|---|
| TX0008662300 | Quick Clojure | Apress |
| TX0008471701 | Securing SQL Server: DBAs Defending the Database | Apress |
| TX0008698079 | Beginning Robotics with Raspberry Pi and Arduino | Apress |
| TX0008508161 | Beginning SQL Server R Services: Analytics for Data Scientists | Apress |
| TX0008499414 | Text Analytics with Python: A Practical Real-World Approach to Gaining Actionable Insights from Your Data | Apress |
| TX0008392752 | Pro MERN Stack: Full Stack Web App Development with Mongo, Express, React, and Node | Apress |
| TX0008391923 | Beginning Functional JavaScript: Functional Programming with JavaScript Using EcmaScript 6 | Apress |
| TX0008433714 | Introduction to Search Engine Marketing and AdWords: A Guide for Absolute Beginners | Apress |
| TX0008433721 | Advanced Object-Oriented Programming in R: Statistical Programming for Data Science, Analysis and Finance | Apress |
| TX0008449143 | Building Custom Tasks for SQL Server Integration Services | Apress |
| TX0008967769 | Business Law: Text and Cases, 15e | Cengage |
| TX0008709741 | Structural Analysis, Sixth Edition | Cengage |
| TX0008724377 | Discrete Mathematics with Applications, 5e | Cengage |
| TX0008708017 | PSYCH, 6e | Cengage |
| TX0008604016 | Guide to Computer Forensics and Investigations: Processing Digital Evidence, 6e | Cengage |
| TX0008566756 | Invitation to Computer Science, 8e | Cengage |
| TX0008407681 | MKTG 11 | Cengage |
| TX0008379887 | Becoming a Master Student, 16e | Cengage |
| TX0008285293 | Social Psychology, 10e | Cengage |
| TX0008224775 | Communication Between Cultures, 9e | Cengage |
| TX0008845316 | Pilbeam's Mechanical Ventilation Seventh Edition | Elsevier |
| TX0008407160 | Personality Development Across the Lifespan,1st Edition | Elsevier |
| TX0008410582 | Atlas of the Human Body, 1st Edition | Elsevier |
| TX0007355653 | Preventive Cardiology: A Companion to Braunwald's Heart Disease | Elsevier |
| TX0007918012 | The UX Five-Second Rules - First Edition | Elsevier |
| TX0007789255 | CUDA Fortran for Scientists and Engineers - First Edition | Elsevier |
| TX0007831953 | Computer Incident Response and Forensics Team Management - First Edition | Elsevier |
| TX0007816993 | Investigating Internet Crimes - First Edition | Elsevier |
| TX0008406893 | Toxicology in the Middle Ages and Renaissance,1st Edition | Elsevier |
| TX0007790488 | Big Data Analytics: From Strategic Planning to Enterprise Integration with Tools, Techniques, NoSQL, and Graph - First Edition | Elsevier |
| TX0007192030 | INNOCENT | Hachette |
| TX0002307928 | Presumed innocent | Hachette |
| TX0008447808 | Testimony | Hachette |
| TX0008685871 | How Long 'Til Black Future Month? | Hachette |
| TX0007446174 | The Kingdom of Gods | Hachette |
| TX0008479814 | The Stone Sky | Hachette |
| TX0007160788 | The Hundred Thousand Kingdoms | Hachette |
| TX0007299637 | The Broken Kingdoms | Hachette |
| TX0007560234 | The Killing Moon | Hachette |
| TX0008679696 | Moon USA National Parks: The Complete Guide to All 59 Parks | Hachette |
| TX0007448076 | Last Musketeer, The | HarperCollins |
| TX0007540576 | Partials | HarperCollins |
| TX0007712685 | Arcadia Burns | HarperCollins |
| TX0007895569 | RUINS | HarperCollins |

| Copyright Registration Number | Copyright-Registered Title | Publisher |
|---|---|---|
| TX0008028544 | PRETTY WANTED | HarperCollins |
| TX0008057187 | SEVEN WONDERS BOOK 4: THE CURSE OF THE KING | HarperCollins |
| TX0008343476 | THE MAN WHO WANTED TO KNOW EVERYTHING | HarperCollins |
| TX0007699598 | Seven Wonders Book 1: The Colossus Rises | HarperCollins |
| TX0007979685 | The Copernicus Legacy: The Serpent's Curse | HarperCollins |
| TX0008126812 | ELLE | HarperCollins |
| TX0008788739 | Universe, Eleventh Edition | Macmillan Learning |
| TX0008565908 | Ecology: The Economy of Nature, Eighth Edition | Macmillan Learning |
| TX0008628766 | Kuby Immunology, Eighth Edition | Macmillan Learning |
| TX0007547496 | MACROECONOMICS, EIGHTH EDITION | Macmillan Learning |
| TX0007632681 | Lehninger Principles of Biochemistry, Sixth Edition | Macmillan Learning |
| TX0007799697 | The Bedford Handbook, Ninth Edition, Instructor's Annotated Edition | Macmillan Learning |
| TX0007841156 | Mathematical Structures for Computer Science: Discrete Mathematics and Its Applications, Seventh Edition | Macmillan Learning |
| TX0007841889 | The Practice of Statistics, Fifth Edition | Macmillan Learning |
| TX0008073579 | Research Methods in the Social Sciences, Eighth Edition | Macmillan Learning |
| TX0008026871 | Microeconomics, Fourth Edition | Macmillan Learning |
| TX0003921292 | Jennie | Macmillan Publishers |
| TX0005485729 | The corrections | Macmillan Publishers |
| TX0005627495 | How to be alone: essays | Macmillan Publishers |
| TX0006448629 | The discomfort zone: a personal history | Macmillan Publishers |
| TX0007428625 | FREEDOM: A Novel | Macmillan Publishers |
| TX0007587702 | FARTHER AWAY: Essays | Macmillan Publishers |
| TX0008137801 | PURITY: A Novel | Macmillan Publishers |
| TX0008315091 | ONE WITH YOU | Macmillan Publishers |
| TX0008471412 | ARARAT | Macmillan Publishers |
| TX0008694185 | THE END OF THE END OF THE EARTH: Essays | Macmillan Publishers |
| TX0008417718 | Genetics: Analysis and Principles, 6th Edition | McGraw Hill |
| TX0008573331 | Goodman and Gilman's The Pharmacological Basis of Therapeutics, 13th Edition | McGraw Hill |
| TX0008573732 | Cost Management: A Strategic Emphasis, 8e | McGraw Hill |
| TX0008630639 | Effective Group Discussion: Theory and Practice, 15th Edition | McGraw Hill |
| TX0008618778 | Atlas of Minimally Invasive Surgical Operations | McGraw Hill |
| TX0008633148 | Film History: An Introduction, 4th Edition | McGraw Hill |
| TX0008664338 | Advanced Financial Accounting, 12th Edition | McGraw Hill |
| TX0008786464 | Practice Makes Perfect: English Verbs, Third Edition | McGraw Hill |
| TX0008706652 | Film Art: An Introduction, 12th Edition | McGraw Hill |
| TX0007924455 | Williams Obstetrics, 24/e | McGraw Hill |
| TX0007362918 | Starting Out With Python, 2/E | Pearson |
| TX0007361182 | Algorithms, 4/E | Pearson |
| TX0007549943 | Electronic Devices and Circuit Theory, 11/E | Pearson |
| TX0007563152 | Basic Principles and Calculations in Chemical Engineering, 8/E | Pearson |
| TX0007674681 | International Economics, 6/E | Pearson |
| TX0007939581 | Phlebotomy Handbook: Blood Specimen Collection from Basic to Advanced, 9/E | Pearson |
| TX0007969953 | Programming in C, 4/E | Pearson |
| TX0008013919 | Human Anatomy & Physiology, 10/E | Pearson |

| Copyright Registration Number | Copyright-Registered Title | Publisher |
|---|---|---|
| TX0008160880 | Scott Mueller's Upgrading and Repairing PCs, 22/E | Pearson |
| TX0008565398 | Effective Java: Third Edition | Pearson |
| TX0008698442 | ON DESPERATE GROUND: The Marines at The Reservoir, the Korean War's Greatest Battle | Penguin Random House |
| TX0008741630 | THE SECOND MOUNTAIN The Quest for a Moral Life | Penguin Random House |
| TX0008251543 | SCHOOLS ON TRIAL: How Freedom and Creativity Can Fix Our Educational Malpractice | Penguin Random House |
| TX0008907582 | EVIL GENIUSES The Unmaking of America: A Recent History | Penguin Random House |
| TX0008397114 | LINCOLN IN THE BARDO: A Novel | Penguin Random House |
| TX0001025145 | The BFG | Penguin Random House |
| TX0008251614 | MR LEMONCELLO'S LIBRARY OLYMPICS | Penguin Random House |
| TX0004686371 | Straight man | Penguin Random House |
| TX0005413560 | Empire falls | Penguin Random House |
| TX0008177256 | EVICTED Poverty and Profit in the American City | Penguin Random House |
| TX0008575743 | The Green Witch | Simon & Schuster |
| TX0007984901 | Bushcraft 101 | Simon & Schuster |
| TX0008227775 | Astrology 101 | Simon & Schuster |
| TX0008629398 | Day Trading 101 | Simon & Schuster |
| TX0007823498 | DIY Braids | Simon & Schuster |
| TX0008703423 | Anti-Aging Hacks | Simon & Schuster |
| TX0008118911 | Essential Oils for Health | Simon & Schuster |
| TX0008600427 | The Book of Viking Myths | Simon & Schuster |
| TX0005665511 | The Everything Kids' Science Experiments Book | Simon & Schuster |
| TX0007941074 | The Modern Guide to Witchcraft | Simon & Schuster |
| TX0006850351 | Data Mining Methods and Applications | Taylor & Francis |
| TX0007314109 | Toxic Chemicals | Taylor & Francis |
| TX0007989307 | Explorations in Computing | Taylor & Francis |
| TX0007990756 | Biomaterials | Taylor & Francis |
| TX0008047623 | The Barbarian North in Medieval Imagination: Ethnicity, Legend, and Literature | Taylor & Francis |
| TX0007986666 | Cognitive Neuroscience of Human Systems | Taylor & Francis |
| TX0007980936 | Machine Learning, 2e | Taylor & Francis |
| TX0007827591 | Surface Chemistry Essentials | Taylor & Francis |
| TX0008188925 | Embodied Metaphors in Film, Television, and Video Games | Taylor & Francis |
| TX0008050233 | Hegemony and Education Under Neoliberalism: Insights from Gramsci | Taylor & Francis |
| TX0008291995 | Statistics And Causality | Wiley |
| TX0008584347 | Fundamentals of Queuing Theory | Wiley |
| TX0008493139 | Rocket Propulsion Element 9th edition | Wiley |
| TX0008402600 | A Global History of Architecture 3rd Edition | Wiley |
| TX0008429300 | Charged Aerosol Detection for Liquid Chromatography and Related Separation Techniques | Wiley |
| TX0008584563 | Atlas of Orthodontic Case Reviews | Wiley |
| TX0008560457 | The Equine Acute Abdomen, 3rd Edition | Wiley |
| TX0008584351 | Beginning C# 7 Programming with Visual Studio 2017 | Wiley |
| TX0008667580 | PowerPoint 2019 For Dummies | Wiley |
| TX0008415699 | English Grammar for Dummies 3rd edition | Wiley |