UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

APRESS MEDIA, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; JOHN WILEY & SONS, INC.; MCGRAW HILL LLC; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN PUBLISHING GROUP, LLC; PEARSON EDUCATION, INC.; PENGUIN RANDOM HOUSE LLC; SIMON AND SCHUSTER, LLC; AND TAYLOR & FRANCIS GROUP LLC,

        Plaintiffs,

   v.

ANNA'S ARCHIVE and DOES 1-10,

        Defendants.

No. 1:26-cv-01850-JSR

CASE STATUS UPDATE

On March 23, 2026, the Court issued a Notice of Court Conference (ECF No. 10), which scheduled an initial conference for April 6, 2026. ECF No. 10 ("Notice of Conference"). The Notice of Conference directed the parties to "furnish the Court with a written report of their agreements or disagreements regarding planning of discovery pursuant to Fed. R. Civ. P. 26(f)," with the report due "[n]o later than one week prior to the conference," or March 30, 2026.

Defendants Anna's Archive and Does 1-10 have not yet been served, and no counsel for Defendants have yet appeared in this action. On March 25, 2026, plaintiffs Apress Media, LLC; Cengage Learning, Inc.; Elsevier Inc.; Hachette Book Group, Inc.; HarperCollins Publishers LLC; John Wiley & Sons, Inc.; McGraw Hill LLC; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Publishing Group, LLC d/b/a Macmillan Publishers; Pearson Education, Inc.; Penguin Random House LLC; Simon and Schuster, LLC; and Taylor & Francis Group LLC (collectively, "Plaintiffs") filed a Motion to Serve Defendants

1

by Electronic Means.  ECF No. 11 ("Motion for Email Service").  As explained in the Motion for Email Service and accompanying Memorandum, this Court has already found in a related case that "Anna's Archive operates anonymously and its only contact information consists of email addresses." *Atlantic Recording Corp. v. Anna's Archive*, Case No. 1:26-cv-00002-JSR, ECF No. 19, at ¶2 (S.D.N.Y.) ("*Atlantic*"). Accordingly, "email service is most likely to give Anna's Archive notice of the filings pertaining to this action." *Id*.  As part of Plaintiffs' Motion for Email Service, Plaintiffs sent to Defendants on March 24, 2026, the Complaint and exhibits thereto, the Civil Cover Sheet, the proposed Summons, and the Notice of Conference via seven different email addresses and one website.  *See* ECF 11-2 (Declaration of Keith Howell in support of Motion for Email Service) at ¶¶12-22. Although all eight messages appeared to send successfully, to date Plaintiffs have not received any response from Defendants or their counsel. The Motion for Email Service is currently pending.

Anna's Archive consists of avowed "pirates" who admit to "deliberately violat[ing] the copyright law in most countries," including the United States.  ECF No. 6 ("Complaint") at ¶54. Anna's Archive and its managing executives have failed to appear in prior federal lawsuits against it, including *Atlantic* and *OCLC, Inc. v. Anna's Archive*, Case No. 2:24-cv-00144-MHW-EPD (S.D. Ohio).  There is no reason to assume this case will be any different.

If Defendants nonetheless appear in this action, Plaintiffs will immediately confer with Defendants regarding an appropriate case schedule along the lines of the Court's Form D.  But given the low likelihood that will occur, Plaintiffs suggest the Court may wish to enter a schedule along the following lines:

| Deadline | Date |
|---|---|
| Court status conference and hearing on alternative service | April 6, 2026 |
| Plaintiffs to serve Defendants via electronic means, as set forth in Plaintiffs' Motion for Electronic Service, and file proof of service | April 7, 2026 |
| Return date for Defendants to answer or move (based on service on April 7, 2026) | April 28, 2026 |
| Plaintiffs to file proposed Clerk's Certificate of Default (if Defendants fail to appear) | April 30, 2026 |
| Plaintiff to file a Motion for Default Judgment (if Defendants fail to appear) | May 7, 2026 |

Dated: March 30, 2026                         Respectfully submitted,

 */s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Keith Howell (*pro hac vice pending*)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
khowell@oandzlaw.com

Jennifer L. Pariser
**OPPENHEIM + ZEBRAK, LLP**
461 5th Avenue, 19th Floor
New York, N.Y. 10017
Phone: (212) 951-1156
jpariser@oandzlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I filed the foregoing document with the Clerk of Court for the United States District Court for the Southern District of New York using the court's CM/ECF filing system. Additionally, on the same day, I caused a copy of the foregoing document to be sent to Defendants via the following electronic means:

abuse@immateriali.sm

AnnaArchivist@proton.me

AnnaArchivist+security@proton.me

AnnaDMCA@proton.me

ArchivistAnna3+7oBz9nJ+nt@proton.me

ArchivistAnna4+3yEb3B4+nt@proton.me

domainabuse@tucows.com

*/s/ Keith T. Howell*
Keith T. Howell (*pro hac vice pending*)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
khowell@oandzlaw.com

4