UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APRESS MEDIA LLC, et al.,

      Plaintiffs,

  -v-

ANNA'S ARCHIVE, et al.,

      Defendants.

26-cv-1850 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Plaintiffs in this action have filed a motion to serve defendants by electronic means, ECF No. 11, as well as a Case Status Update setting forth a proposed schedule, ECF No. 13. Defendants have not been served, and no counsel for any defendant has yet appeared.

For substantially the reasons stated in plaintiffs' memorandum of law, ECF No. 11-1, the Court hereby grants plaintiffs' motion to serve defendants by electronic means and hereby authorizes such service.

The Court hereby sets the following schedule: (1) plaintiffs are directed to serve defendants by electronic means and to file proof of such service no later than April 7, 2026; (2) should defendants fail to answer or move by April 28, 2026, plaintiffs are directed to file a proposed Clerk's Certificate of Default no later than April 30, 2026; and (3) should defendants fail to answer, move, or otherwise appear, plaintiffs are directed to file a motion for default judgment no later than May 7, 2026.

1

Should defendants appear in this action at any time, the parties are directed to jointly telephone Chambers within seventy-two hours of defendants' appearance so that the Court may set a further schedule.

SO ORDERED.

New York, New York
April  6 , 2026

JED S. RAKOFF, U.S.D.J.

2