**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| APRESS MEDIA, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; JOHN WILEY & SONS, INC.; MCGRAW HILL LLC; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN PUBLISHING GROUP, LLC; PEARSON EDUCATION, INC.; PENGUIN RANDOM HOUSE LLC; SIMON AND SCHUSTER, LLC; AND TAYLOR & FRANCIS GROUP LLC, | **Civil Action No. 1:26-cv-01850** **PROOF OF SERVICE** |

Plaintiffs,

v.

ANNA'S ARCHIVE and DOES 1-10,

Defendants.

I am employed in Washington, D.C.  I am over the age of 18 years and not a party to this action.  My business address is 4530 Wisconsin Avenue, NW, 5th Floor, Washington, DC 20016.

On April 7, 2026, I served the documents described as:

- Plaintiffs' March 9, 2026 Complaint and exhibits thereto,

- Plaintiffs' March 25, 2026 Summons,

- Plaintiffs' March 6, 2026 Corporate Disclosure Statement,

- Plaintiffs' March 9, 2026 AO 121 Form,

- Plaintiffs' March 9, 2026 Civil Cover Sheet,

- Plaintiffs' March 9, 2026 Statement of Relatedness,

- Court's March 10, 2026 docket entry accepting the case as related,

1

- Court's March 10, 2026 docket entry noting assignment of the case to Judge Jed S. Rakoff,

- Court's March 10, 2026 docket entry designation of Magistrate Judge Sarah Netburn,

- Court's March 23, 2026 Notice of Initial Status Conference,

- Plaintiffs' March 25, 2026 Motion to Serve Defendants by Electronic Means, and related exhibits,

- Plaintiffs' March 30, 2026 Case Status Update, and

- Court's April 7, 2026 Order granting Plaintiffs' March 25, 2026 Motion to Serve Defendants by Electronic Means and regarding Plaintiffs' March 30, 2026 Case Status Update.

on all interested parties in this action as follows:

Defendant Anna's Archive and Does 1-10:
- abuse@immateriali.sm,
- AnnaArchivist@proton.me,
- AnnaArchivist+security@proton.me,
- AnnaDMCA@proton.me,
- ArchivistAnna3+7oBz9nJ+nt@proton.me,
- ArchivistAnna4+3yEb3B4+nt@proton.me,
- domainabuse@tucows.com, and
- https://whois.nic.gl/contact/annas-archive.gl/registrant.

☒ (VIA EMAIL OR ELECTRONIC TRANSMISSION) Pursuant to the Court's April 7, 2026 Order granting Plaintiffs' Motion to Serve Defendants by Electronic Means, ECF No. 15, permitting service by electronic means, I caused the foregoing documents to be sent to Defendants Anna's Archive and Does 1-10 at the email addresses and website listed above. Attached hereto as **Attachment A** is my service email, message to https://whois.nic.gl/contact/annas-archive.gl/registrant, and confirmation the message to https://whois.nic.gl/contact/annas-archive.gl/registrant was sent. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmissions were unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 7, 2026 in Washington, D.C.

Dated: April 7, 2026

Keith Howell
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
khowell@oandzlaw.com

Attorney for Plaintiffs

3