**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APRESS MEDIA, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; JOHN WILEY & SONS, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN PUBLISHING GROUP, LLC D/B/A MACMILLAN PUBLISHERS; MCGRAW HILL LLC; PEARSON EDUCATION, INC.; PENGUIN RANDOM HOUSE LLC; SIMON AND SCHUSTER, LLC; AND TAYLOR & FRANCIS GROUP LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNA'S ARCHIVE and DOES 1-10,<br><br>        Defendants. | No. 1:26-cv-01850 (JSR)<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rules of Civil Procedure 55 and Local Rule 55.2, Plaintiffs Apress Media, LLC; Cengage Learning, Inc.; Elsevier Inc.; Hachette Book Group, Inc.; HarperCollins Publishers LLC; John Wiley & Sons, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; McGraw Hill LLC; Pearson Education, Inc.; Penguin Random House LLC; Simon and Schuster, LLC; and Taylor & Francis Group LLC (collectively, "Plaintiffs" or "Publishers") hereby move for entry of default judgment against Defendants Anna's Archive and Does 1-10 ("Defendants") in the form of the [Proposed] Default Judgment submitted concurrently herewith, for Defendant's failure to

1

answer or otherwise defend against the claims in Plaintiffs' Complaint, filed on March 6, 2026.

ECF. No. 1 (refiled March 9, 2026, ECF. No.6).

In support of this Motion, Plaintiffs rely on the concurrently filed Memorandum of Law in

Support of Plaintiffs' Motion for Default Judgment, the Declaration of Keith Howell in Support

of Plaintiffs' Motion for Default Judgment, Plaintiffs' Statement of Damages, and [Proposed]

Default Judgment, and the other filings in this action.


Dated: May 7, 2026                              Respectfully submitted,

                                                */s/Matthew J. Oppenheim*
                                                Matthew J. Oppenheim
                                                Keith Howell (*pro hac vice*)
                                                **OPPENHEIM + ZEBRAK, LLP**
                                                4530 Wisconsin Avenue, NW, 5th Floor
                                                Washington, DC 20016
                                                Phone: (202) 480-2999
                                                matt@oandzlaw.com
                                                khowell@oandzlaw.com


                                                Jennifer L. Pariser
                                                **OPPENHEIM + ZEBRAK, LLP**
                                                461 5th Avenue, 19th Floor
                                                New York, N.Y. 10017
                                                Phone: (212) 951-1156
                                                JPariser@oandzlaw.com

                                                *Attorneys for Plaintiffs*

2