**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APRESS MEDIA, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; JOHN WILEY & SONS, INC.; MCGRAW HILL LLC; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN PUBLISHING GROUP, LLC; PEARSON EDUCATION, INC.; PENGUIN RANDOM HOUSE LLC; SIMON AND SCHUSTER, LLC; AND TAYLOR & FRANCIS GROUP LLC, <br><br>         Plaintiffs, <br><br>     v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br>         Defendants. | No. 1:26-cv-01850 (JSR) <br><br> **STATEMENT OF DAMAGES** |

Pursuant to Local Rule 55.2, Plaintiffs Apress Media, LLC; Cengage Learning, Inc.; Elsevier Inc.; Hachette Book Group, Inc.; HarperCollins Publishers LLC; John Wiley & Sons, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; McGraw Hill LLC; Pearson Education, Inc.; Penguin Random House LLC; Simon and Schuster, LLC; and Taylor & Francis Group LLC (collectively, "Plaintiffs" or "Publishers") respectfully submit this Statement of Damages in support of their Motion for Default Judgment against Defendants Anna's Archive and Does 1-10 ("Defendants").

Plaintiffs bring a claim for relief for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.* against Defendants. Complaint, ECF No. 9 ("Compl.") ¶¶ 62-73 & Prayer for Relief ¶ C. Plaintiffs seek maximum statutory damages in the amount of $150,000 per infringed work for Defendants' willful infringement. 17 U.S.C. § 504(c)(2).

1

Plaintiff Apress Media, LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Cengage Learning, Inc. seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Elsevier Inc. seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Hachette Book Group, Inc. seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff HarperCollins Publishers LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff John Wiley & Sons, Inc. seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Macmillan Holdings, LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff McGraw Hill LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Pearson Education, Inc. seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Penguin Random House LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Simon and Schuster, LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

Plaintiff Taylor & Francis Group LLC seeks maximum statutory damages for Defendants' willful infringement of 10 copyrighted literary works in the amount of $1,500,000 ($150,000 x 10 literary works). 17 U.S.C. § 106(1), (3); *id.* § 504(c)(2); Compl. Ex. A.

| Plaintiff | Amount |
| --- | --- |
| Apress Media, LLC | $1,500,000 |
| Cengage Learning, Inc. | $1,500,000 |
| Elsevier Inc. | $1,500,000 |
| Hachette Book Group, Inc. | $1,500,000 |
| HarperCollins Publishers LLC | $1,500,000 |
| John Wiley & Sons, Inc. | $1,500,000 |
| Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning | $1,500,000 |
| Macmillan Holdings, LLC | $1,500,000 |

3

| | |
|---|---|
| McGraw Hill LLC | $1,500,000 |
| Pearson Education, Inc. | $1,500,000 |
| Penguin Random House LLC | $1,500,000 |
| Simon and Schuster, LLC | $1,500,000 |
| Taylor & Francis Group LLC | $1,500,000 |
| Total: | $19,500,000 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 7, 2026 in Washington, D.C.

Dated: May 7, 2026

/s/Keith Howell

Keith Howell (*pro hac vice*)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
khowell@oandzlaw.com

*Attorney for Plaintiffs*

4